

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00444-CV

_____

FABIAN THOMAS, Appellant

V.

BRYSEN WILLIAMS, Appellee

On Appeal from the 481st District Court
Denton County, Texas
Trial Court No. 24-10979-481

Before Wallach, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

Appellant Fabian Thomas filed a notice of appeal from the trial court's August 20, 2025 order granting summary judgment for Appellee Brysen Williams and dismissing Thomas's claims against him. The order does not state that it is final and appealable, and it does not dispose of Thomas's claims against another defendant.

We notified Thomas of our concern that we might not have jurisdiction over this appeal because the order did not appear to be a final judgment or appealable interlocutory order. *See CMH Homes v. Perez*, 340 S.W.3d 444, 447 (Tex. 2011) ("Unless a statute authorizes an interlocutory appeal, appellate courts generally only have jurisdiction over final judgments."); *see also* Tex. Civ. Prac. & Rem. Code Ann. § 51.014 (listing appealable interlocutory orders); *In re Elizondo*, 544 S.W.3d 824, 827 (Tex. 2018) (orig. proceeding) (discussing how appellate court may determine whether order or judgment is final). We notified Thomas that we could dismiss the appeal unless, by September 18, 2025, he or another party filed a response showing grounds for continuing it.

Thomas has not filed a response. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

Per Curiam

Delivered:  October 16, 2025

2